UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LOUIS J. CIOFFI, III,

                        Plaintiff,

       vs                                        1:02-CV-887

AVERILL PARK CENTRAL SCHOOL DISTRICT
BOARD OF EDUCATION; AVERILL PARK HIGH
SCHOOL; AVERILL PARK CENTRAL SCHOOL
DISTRICT; THOMAS P. McGREEVY; and
MICHAEL J. JOHNSON,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| COOPER, ERVING & SAVAGE, LLP<br>Attorneys for Plaintiff<br>4th Floor<br>39 North Pearl Street<br>Albany, New York 12207 | PHILLIP G. STECK, ESQ. |
| WHITEMAN, OSTERMAN & HANNA LLP<br>Attorneys for Defendants<br>Suite 1900<br>One Commerce Plaza<br>Albany, New York 12260 | BETH A. BOURASSA, ESQ. |

DAVID N. HURD
United States District Judge

## **O R D E R**

On April 4, 2008 the United States Court of Appeals for the Second Circuit issued a

decision affirming in part and vacating and remanding in part the Memorandum-Decision and

Order of September 30, 2004.  The Mandate issued on May 1, 2006, and was filed in the

Northern District of New York on May 8, 2006.

       Accordingly, it is

ORDERED, that

1. The Judgment entered on September 30, 2004 is VACATED; and

2. This matter is referred to the assigned Magistrate Judge for a settlement conference and other proceedings as may be appropriate.

IT IS SO ORDERED.

Dated: May 11, 2006
Utica, New York.

_____
United States District Judge